[No. 47413-1-II.   Division Two.   April 26, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. CHASE SCOTT POLEDNA, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 14-1-00464-1, Stephen E. Brown, J., entered March 30, 2015. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Johanson and Sutton, JJ.

[No. 47462-0-II.   Division Two.   April 26, 2016.]

ANGEL GARCIA TITLA ET AL., *Appellants*, v. SFC HOMES LLC, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 14-2-06809-9, Elizabeth P. Martin, J., entered March 24, 2015. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Worswick and Lee, JJ.

[No. 32599-7-III.   Division Three.   April 26, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. MEGHAN BRADFORD SANDVIG, *Appellant*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 13-1-00311-1, Scott R. Sparks, J., entered June 12, 2014. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Siddoway, J., concurred in by Korsmo, J., and Sypolt, J. Pro Tem.

[No. 32882-1-III.   Division Three.   April 26, 2016.]

*In the Matter of the Detention of* JAMES EDWARD JONES.

Appeal from a judgment of the Superior Court for Spokane County, No. 13-2-00608-6, John O. Cooney, J., entered October 14, 2014. *Reversed* and *remanded with instructions* by unpublished opinion per Fearing, C.J., concurred in by Korsmo and Siddoway, JJ.